470 A.2d 1033

Commonwealth v. Rosenthal a/k/a Vance, Appellant.

Submitted November 8, 1983. Shelley Stark, Assistant Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.

470 A.2d 1033

Commonwealth v. Schram, Appellant.

Petition for Allowance of Appeal
Denied July 16, 1984.

Submitted November 8, 1983. John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Judgment of sentence affirmed.